IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| **LISA ROBINSON**         ) | |
| ) | No. 20 C 2046-CSB-EIL |
| Plaintiff,         ) | |
| ) | |
| vs.         ) | **JURY DEMAND** |
| ) | |
| **CITY OF DANVILLE**, a municipal body;         ) | |
| **SCOTT EISENHAUER**, in his individual and         ) | |
| official capacity; **DAVID SCHNELLE**, in         ) | |
| his individual and official capacity; **RICKY**         ) | |
| **WILLIAMS,** in his individual and official         ) | |
| Capacity, and **LARRY THOMASON** his         ) | |
| individual and official capacity         ) | |
| ) | |
| Defendants.         ) | |

## STIPULATION OF DISMISSAL

Plaintiff Lisa Robinson (Plaintiff) and defendants Scott Eisenhauer, David Schnelle, Ricky Williams and Larry Thomason hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to the claims pending against these particular defendants with each party bearing that party's own attorney's fees and costs.

/s/ Jeffrey R. Kulwin

Jeffrey R. Kulwin
KULWIN, MASCIOPINTO & KULWIN, L.L.P.
161 N. Clark, Suite 2500
Chicago, IL 60601
*Counsel for Plaintiff*

/s/ Julie Bruch

Julie Bruch
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road - Fourth Floor
Northbrook, IL  60062
*Counsel for Defendants Scott Eisenhauer, David Schnelle,*
*Ricky Williams and Larry Thomason*

CERTIFICATE OF SERVICE

    I, Jeffrey R. Kulwin, an attorney, certify that I caused copies of the foregoing Stipulation of Dismissal to be served upon all parties of record by electronically filing the document with the Clerk for the United States District Court for the Central District of Illinois on December 15, 2020.

                                                              /s/ Jeffrey R. Kulwin