## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | | |
|---|---|---|
| **LISA ROBINSON** | ) | |
| | ) | No. 20 C 2046-CSB-EIL |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JURY DEMAND** |
| | ) | |
| **CITY OF DANVILLE**, a municipal body; | ) | |
| **SCOTT EISENHAUER**, in his individual and | ) | |
| official capacity; **DAVID SCHNELLE**, in | ) | |
| his individual and official capacity; **RICKY** | ) | |
| **WILLIAMS,** in his individual and official | ) | |
| Capacity, and **LARRY THOMASON** his | ) | |
| individual and official capacity | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL

Plaintiff Lisa Robinson (Plaintiff) and defendant the City of Danville hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to the claims pending against the City of Danville pursuant to the terms of a written settlement agreement between the parties with each party bearing that party's own attorney's fees and costs.

/s/ Jeffrey R. Kulwin

Jeffrey R. Kulwin
KULWIN, MASCIOPINTO & KULWIN, L.L.P.
161 N. Clark, Suite 2500
Chicago, IL 60601
*Counsel for Plaintiff*

1

/s/ Julie Bruch

Julie Bruch
O'Halloran Kosoff Geitner & Cook, LLC
Edens Corporate Center
650 Dundee Road - Fourth Floor
Northbrook, IL  60062
*Counsel for Defendant the City of Danville*

CERTIFICATE OF SERVICE

    I, Jeffrey R. Kulwin, an attorney, certify that I caused copies of the foregoing Stipulation of Dismissal to be served upon all parties of record by electronically filing the document with the Clerk for the United States District Court for the Central District of Illinois on December 21, 2020.

                                              /s/ Jeffrey R. Kulwin